**United States District Court**
For the Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE SAMUEL CAPERS, | No. C 12-816 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; et al., | |
| Defendants. | |

This action is dismissed because the complaint fails to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 19, 2012                    _____

SUSAN ILLSTON
United States District Judge